IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**EDWIN R TILTON, et al,**

    Plaintiffs,

v.                                                    CASE NO. 1:06-cv-00019-MP-AK

**ACTION PERFORMANCE COMPANIES INC,
FANTASY SPORTS ENTERPRISES INC,
MILLER BREWING COMPANY INC,
MOTORSPORTS AUTHENTICS INC,
NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING INC,
TIME WARNER INC,
TURNER SPORTS INTERACTIVE INC,**

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal. (Doc. 16). Having considered said notice/motion, the Court is of the opinion that it should be **GRANTED** and this cause **DISMISSED WITHOUT PREJUDICE**.


    **DONE AND ORDERED** this _**20th**_ day of June, 2006


                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM
                              UNITED STATES MAGISTRATE JUDGE**